```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| **BOBBY J. GIPSON, JR.,** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \*   CIVIL ACTION NO. 23-00077-B |
| | \* |
| **KILOLO KIJAKAZI,** | \* |
| **Acting Commissioner of** | \* |
| **Social Security,** | \* |
| | \* |
| Defendant. | \* |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claims for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED.**

**DONE** this **8th** day of **September, 2023.**

                                                   **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**